TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00810-CV

Bernard Kenneth Meyers, Appellant

v.

State of Texas and Texas Department of Protective and Regulatory Services, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT

NO. 95-12310, HONORABLE F. SCOTT McCOWN, JUDGE PRESIDING 

PER CURIAM

 Because appellant has failed to file a brief, we will dismiss the appeal for want of
prosecution. See Tex. R. App. P. 38.8(a)(1), 42.3(b), (c).

 The Clerk of this Court filed the clerk's record in this cause on January 10, 2000. 
Accordingly, appellant's brief was due to be filed in this Court on or before February 9, 2000. 
See id. 38.6(a). By letter dated March 20, 2000, the Clerk of this Court notified the parties that
the appeal was subject to dismissal for want of prosecution unless appellant filed a brief by
April 4, 2000, or tendered a motion for extension of time reasonably explaining the failure to do
so. Thus far, appellant has submitted neither a brief nor a motion for extension of time to file a
brief.

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
See id. 42.3(b), (c).

Before Justices Jones, Yeakel and Patterson

Dismissed for Want of Prosecution

Filed: May 4, 2000

Do Not Publish